Jasper W. Stringer and Melvina Stringer, appellants, v. T. E. Burner and D. L. Burner et al., appellees. Gen. No. 8,033.

Bill to rescind contract of realty purchase for fraud, and for equitable lien for payment made. Dismissed for want of equity. Appeal from the Circuit Court of Hancock county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the October term, 1926. Affirmed in part and decree modified. Opinion filed April 22, 1927.

Scofield & Bell and Wallace J. Black, for appellants; C. M. West, of counsel. Williams & Williams, Mack & Mack, Hartzell, Cavanagh & Martin and O'Harra, O'Harra & O'Harra, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

## FOURTH DISTRICT.

Jennie Eckman, appellee, v. John Wildt, appellant.

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Wilbur A. Trares, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.

Robert Ferdinand Tunnell, for appellant. F. J. Manning and S. A. Bleisch, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Joe A. Hubele, appellee, v. Louisville & Nashville Railroad Company, appellant.

Action for killing and injuring live stock. Judgment for plaintiff. Appeal from the Circuit Court of White county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.

Farmer & Klingel, for appellant. Conger & Elliott, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Roy Modlin, appellee, v. Alva Arrowsmith, administratrix of the estate of Arthur Arrowsmith, deceased, appellant.

Judgment for claimant against estate for care of deceased. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.

Holt & Holt, for appellant. Russell Wilson, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

S. F. Cates, appellee, v. Rolla M. Treece, appellant.

Suit for money had. Judgment for plaintiff. Appeal from the City Court of West Frankfort; the Hon. J. P. Mooneyham, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed February 19, 1927.

Trobaugh & Church, for appellant. J. E. Carr and Geo. Sawyer, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.